# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN SHI SHORT,

    Petitioner,

v.                                  CASE NO. 3:17cv12-MCR-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 1, 2018. ECF No. 14. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any objections filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion to dismiss the Petition as time-barred, ECF No. 10, is **GRANTED** and the Petition is **DISMISSED**. A Certificate of Appealability is **DENIED.**

**DONE AND ORDERED** this 5th day of March 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**